**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL ACTION NO. 11-27-DLB-EBA**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**VS.**                                            **ORDER**

**RAYMOND CORTEZ JOHNSON**                                             **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

       This matter is before the Court upon the Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of eight (8) months incarceration, with Defendant then resuming his unexpired term of supervised release.  (Doc. # 13). During the final revocation hearing conducted by Magistrate Judge Atkins on May 21, 2013, Defendant stipulated to violating several conditions of his supervised release as set forth in the April 29, 2013 Supervised Release Violation Report.  (Doc. # 11).

       Defendant having executed a waiver of his right to allocution (Doc. # 12), there being no objections filed to the Magistrate Judge's R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration.  Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 13) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     Defendant is found to have **VIOLATED** the terms of his supervised release;

(3)     Defendant's supervised release is hereby **REVOKED**;

(4)     Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **EIGHT (8) MONTHS**, and will then **resume his unexpired term of supervised release**.  Defendant shall continue on the supervised release conditions previously imposed;

(5)     The Judgment shall reflect a recommendation that Defendant's sentence be served at FCI Ashland; and

(6)     A Judgment shall be entered contemporaneously herewith.

This 12th day of June, 2013.



Signed By:

*David L. Bunning*

United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2011\11-27 Order Adopting R&R.wpd

2